XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
ANNA T. FERRARI (SBN 261579)
Deputy Attorney General
SHARON L. O'GRADY (SBN 102356)
Deputy Attorney General
 455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 510-3834
  Fax: (415) 703-1234
  E-mail: Sharon.OGrady@doj.ca.gov
*Attorneys for Plaintiffs the State of California and the California High-Speed Rail Authority*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; and CALIFORNIA HIGH-SPEED RAIL AUTHORITY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF TRANSPORTATION**; **ELAINE L. CHAO**, in her official capacity as Secretary of the Department of Transportation; **THE FEDERAL RAILROAD ADMINISTRATION**; **RONALD L. BATORY**, in his official capacity as Administrator of the Federal Railroad Administration,<br><br>Defendants. | Case No. 3:19-cv-02754-JD<br><br>**STIPULATION REGARDING RE-OBLIGATION OF GRANT FUNDS** |

**STIPULATION REGARDING RE-OBLIGATION OF GRANT FUNDS**

WHEREAS, on May 16, 2019, Ronald L. Batory, Administrator of the Federal Railroad Administration ("FRA"), issued a final decision to the California High-Speed Rail Authority ("Authority") terminating Cooperative Agreement FR-HSR-0118-12-01-01 between the Authority and FRA ("FY 10 Agreement"), and FRA de-obligated the $928,620,000 in funding obligated to the Authority by the FY 10 Agreement;

WHEREAS, by this action filed against Defendants U.S. Department of Transportation; Elaine L. Chao, Secretary of Transportation; FRA; and Ronald L. Batory, Administrator of the FRA, Plaintiffs State of California and California High-Speed Rail Authority challenge the May 16, 2019 termination of the FY 10 Agreement, and de-obligation of the $928,620,000 in funding obligated to the Authority by the FY 10 Agreement;

WHEREAS, Defendants' final decision states (at page 25, footnote 32) that the de-obligated funds remain available until expended for the originally authorized purpose and that, historically, FRA's competitive grant programs are oversubscribed, with applicants seeking more funding than FRA has available;

WHEREAS, Defendants' final decision further states (at page 25, footnote 32) that "FRA may solicit new applications for these funds to pursue eligible intercity passenger rail projects";

WHEREAS, Plaintiffs seek a judicial declaration that Defendants' final termination decision was arbitrary, capricious, an abuse of discretion, and contrary to law under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706;

WHEREAS, Defendants oppose such relief and deny that Defendants' final termination decision was arbitrary, capricious, an abuse of discretion, or contrary to law under the APA;

WHEREAS, Plaintiffs seek an order setting aside Defendants' final decision, and enjoining Defendants from re-obligating the funds awarded under the FY 10 Agreement to programs or recipients other than the Authority, or otherwise transferring or re-allocating the funds;

WHEREAS, on May 20, 2019, Plaintiffs informed Defendants, through counsel, that they intend to seek a temporary restraining order that would prevent Defendants from taking any action to re-obligate, transfer, or award, in any manner, to any other activity, program, or

recipient, any of the $928,620,000 awarded to the Authority under the FY 10 Agreement, and after that, a preliminary injunction barring Defendants from taking any such action until judgment is entered in the case;

WHEREAS, Defendants have informed Plaintiffs that (1) the $928,620,000 in FY 10 Agreement funding de-obligated by Defendants' final decision will not be re-obligated, transferred, or awarded to any program(s) or recipient(s), except through a new Notice of Funding Opportunity ("NOFO") and award to be issued by Defendants pursuant to applicable rules and regulations and standard practices and procedures, and for purposes authorized by the appropriation that funded the FY 10 Agreement; (2) Defendants have no present intention to issue a new NOFO to re-obligate the $928,620,000 in FY 10 Agreement funds; and (3) FRA estimates that its grant funding process would take a minimum of four months from the issuance of a NOFO to the issuance of a grant award(s); and

WHEREAS, the parties wish to avoid unnecessary, emergency motion practice,

NOW THEREFORE, BASED ON THE FOREGOING, the parties, through their counsel, further stipulate and agree as follows:

(1) Defendants U.S. Department of Transportation; Elaine L. Chao, Secretary of Transportation; Federal Railroad Administration; and Ronald L. Batory, Administrator of the Federal Railroad Administration, agree that no portion of the $928,620,000 in FY 10 Agreement funding de-obligated by Defendants' May 16, 2019 final decision will be re-obligated, transferred, or awarded to any other program(s) or recipient(s), except through a new Notice of Funding Opportunity and award to be issued by Defendants pursuant to applicable rules and regulations and standard practices and procedures, and for purposes authorized by the appropriation that funded the FY 10 Agreement.

(2) Plaintiffs State of California and California High-Speed Rail Authority will not move the Court for a temporary restraining order or preliminary injunction to prevent re-obligation of the FY 10 Agreement funding unless and until Defendants issue a new NOFO to re-obligate any portion of the FY 10 Agreement funding.

**IT IS SO STIPULATED**.

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
ANNA T. FERRARI (SBN: 261579)
Deputy Attorney General


*/s/ Sharon L. O'Grady*
Sharon L. O'Grady
Deputy Attorney General
(SBN. 102356)
California Department of Justice
Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Phone: (415) 510-3834
Email: Sharon.OGrady@doj.ca.gov

*Attorneys for Plaintiffs*




JOSEPH H. HUNT
Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ M. Andrew Zee*
M. ANDREW ZEE
Attorney (CA Bar No. 272510)
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Phone: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

**ATTESTATION**

I, Sharon L. O'Grady, am the ECF user whose identification and password are being used to file the STIPULATION REGARDING RE-OBLIGATION OF GRANT FUNDS. In compliance with Local Rules 5, 6, and 7-12, I hereby attest that M. Andrew Zee concurred in this filing.