JOSEPH H. HUNT
Assistant Attorney General

BRAD P. ROSENBERG
Assistant Director
Federal Programs Branch

M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Fax: (415) 436-6632
Email: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA; and CALIFORNIA HIGH-SPEED RAIL AUTHORITY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION; ELAINE L. CHAO, in her official capacity as Secretary of the Department of Transportation; FEDERAL RAILROAD ADMINISTRATION; RONALD L. BATORY, in his official capacity as Administrator of the Federal Railroad Administration,<br><br>Defendants. | Case No. 3:19-cv-02754-JD<br><br>**JOINT RESPONSE TO ORDER DATED MAY 24, 2019 [ECF NO. 13]** |

In response to the Court's Order of May 24, 2019 [ECF No. 13], the parties have conferred and can agree to move up the initial case management conference to a date in late July. The parties respectfully request that the conference be held at the Court's convenience during the week of July 29, 2019, and no earlier than July 25, 2019.

---

*California v. U.S. Dep't of Transportation*, Case No. 3:19-cv-02754-JD
Joint Response to Order Dated May 24, 2019

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 29, 2019 | Respectfully submitted, |
| 3 | | JOSEPH H. HUNT<br>Assistant Attorney General |
| 4 | | |
| 5 | | BRAD P. ROSENBERG<br>Assistant Director<br>Federal Programs Branch |
| 6 | | |
| 7 | | /s/ M. Andrew Zee<br>M. ANDREW ZEE (CA Bar No. 272510) |
| 8 | | Attorney<br>United States Department of Justice |
| 9 | | Civil Division, Federal Programs Branch<br>450 Golden Gate Avenue, Room 7-5395 |
| 10 | | San Francisco, CA 94102<br>Telephone: (415) 436-6646 |
| 11 | | Fax: (415) 436-6632<br>Email: m.andrew.zee@usdoj.gov |
| 12 | | |
| 13 | | *Attorneys for Defendants* |
| 14 | | |
| 15 | | XAVIER BECERRA<br>Attorney General of California |
| 16 | | PAUL STEIN<br>Supervising Deputy Attorney General |
| 17 | | ANNA T. FERRARI (SBN: 261579)<br>Deputy Attorney General |
| 18 | | |
| 19 | | |
| 20 | | /s/ Sharon L. O'Grady<br>Sharon L. O'Grady |
| 21 | | Deputy Attorney General<br>(SBN. 102356 ) |
| 22 | | California Department of Justice<br>Attorney General's Office |
| 23 | | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 |
| 24 | | Phone: (415) 510-3834<br>Email: Sharon.OGrady@doj.ca.gov |
| 25 | | |
| 26 | | *Attorneys for Plaintiffs* |
| 27 | | |

*California v. U.S. Dep't of Transportation,* Case No. 3:19-cv-02754-JD
Joint Response to Order Dated May 24, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2019, I caused a copy of this Joint Response to be served on all parties by operation of the Court's electronic filing system.

                                          */s/ M. Andrew Zee*
                                          M. ANDREW ZEE

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document. I further attest that I have obtained the concurrence in the filing of the document from the other signatory.

                                          */s/ M. Andrew Zee*
                                          M. ANDREW ZEE