UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 19-cv-02754-JD (JCS)

**Case Name:** State of California v. United States Department of Transportation

**Date:** March 5, 2020          **Time:** 2.5 Hrs

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Sharon O'Grady, Paul Stein, Anna Ferrari
**Attorney for Defendant:** Andrew Zee, Brad Rosenberg

## PROCEEDINGS

(X)   Settlement Conference - Held

      ( ) Case Settled     (X) Case Did Not Settle     ( ) Partial Settlement

( )   Further Settlement Conference

      ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Telephonic Scheduling Conference to set Settlement Conference

( )   Further Telephonic Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Parties can contact Judge Spero's clerk if they would like to schedule a further settlement conference.
Plaintiff clients: Alicia Fowler and Brian Kelly. Defendant clients: Paul Geier, Paul Nisenbaum, Brett Jortland.