| | |
|---|---|
| MATTHEW RODRIQUEZ<br>Acting Attorney General of California<br>PAUL STEIN<br>Supervising Deputy Attorney General<br>ANNA T. FERRARI (SBN 261579)<br>Deputy Attorney General<br>SHARON L. O'GRADY (SBN 102356)<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone:  (415) 510-3779<br>  Fax:  (415) 703-5480<br>  E-mail:  Sharon.O'Grady@doj.ca.gov<br>*Attorneys for Plaintiffs State of California and California High-Speed Rail Authority* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>BRAD P. ROSENBERG<br>Assistant Director<br>Federal Programs Branch<br>M. ANDREW ZEE (SBN 272510)<br>Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>  450 Golden Gate Avenue, Rm. 7-5395<br>  San Francisco, CA 94102<br>  Telephone:  (415) 436-6646<br>  Fax:  (415) 436-6632<br>  E-mail:  m.andrew.zee@usdoj.gov<br>*Attorneys for Defendants United States Department of Transportation, Pete Buttigieg, Federal Railroad Administration, and Amitabha Bose* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; and CALIFORNIA HIGH-SPEED RAIL AUTHORITY,**<br><br>                       Plaintiffs,<br><br>    v.<br><br>**UNITED STATES DEPARTMENT OF TRANSPORTATION; PETE BUTTIGIEG, in his official capacity as Secretary of the Department of Transportation; THE FEDERAL RAILROAD ADMINISTRATION; AMITABHA BOSE, in his official capacity as Acting Administrator of the Federal Railroad Administration,**<br><br>                       Defendants. | 3:19-cv-02754<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS** |

    Plaintiffs, the State of California and the California High-Speed Rail Authority (Authority), jointly with Defendants, the U.S. Department of Transportation (Department), the Secretary of

Transportation, the Federal Railroad Administration (FRA), and the Acting Administrator, respectfully request, pursuant to Local Rule 7-12, that the Court stay proceedings in this matter pending their efforts to reach a negotiated settlement of all claims.  In support of this stipulated request, the parties state as follows:

    1.    This action arises out of the May 16, 2019, decision by FRA to terminate a Fiscal Year 2010 Cooperative Agreement (FY10 Agreement) between FRA and the Authority and to de-obligate approximately $929 million in associated federal funds.  Plaintiffs filed their Complaint for Declaratory and Injunctive Relief on May 21, 2019.  ECF No. 1.  In their Complaint, Plaintiffs asserted a claim under the Administrative Procedure Act and asked this Court to set aside Defendants' decision to terminate the FY10 Agreement entered into between the Authority and FRA.  Shortly after the Complaint was filed, the parties entered into a Stipulation that the approximately $929 million associated with the FY10 Agreement would not be re-obligated, transferred, or awarded to any other recipient, except through a new Notice of Funding Opportunity, and that Plaintiffs would not seek emergency injunctive relief unless such a Notice were issued.  ECF No. 11.  To date, Defendants have not issued any such Notice of Funding Opportunity for the de-obligated federal funds.  Defendants produced the administrative record on November 21, 2019.  ECF No. 25.  The parties have engaged in discussions over the contents of the record.

    2.    Following this Court's referral of the case to alternative dispute resolution, the parties participated in a settlement conference before the Hon. Joseph C. Spero on March 5, 2020.  ECF Nos. 27, 28.  While the parties exchanged settlement correspondence and discussed potential proposals for resolution of the litigation, they were at that time unable to reach a settlement.

    3.    More recently, the parties have resumed their efforts to reach a negotiated resolution of this case.  The parties have, through counsel, engaged in initial settlement discussions and exchanged settlement correspondence, and they intend to continue those efforts through meetings directly between the Authority and FRA scheduled to begin this month.

    4.    To minimize any potential litigation burdens on the parties and the Court while the parties continue their efforts to reach a negotiated resolution of this case, the parties believe that a

1  stay of proceedings is warranted.  Engaging in motion practice, disputes over the administrative
2  record, or other litigation actions could hamper the parties' efforts to reach a settlement, and
3  impose burdens on both them and their counsel that are counter to reaching a settlement.
4      5.   The parties respectfully submit that granting a stay of proceedings will not prejudice
5  the Court, as there are no pending motions or other pending matters on the docket in this case.
6  Moreover, the parties have every intention of engaging in discussions as efficiently and as
7  expeditiously as possible in an attempt to reach a settlement.  If the Court approves this joint
8  request, the parties, if the Court desires, will submit a joint status report summarizing the
9  settlement status no later than 90 days from the commencement of the stay.

| | | |
|---|---|---|
| 1 | Dated:  March 22, 2021 | Respectfully submitted, |
| 2 | | MATTHEW RODRIQUEZ<br>Acting Attorney General of California |
| 3 | | PAUL STEIN<br>Supervising Deputy Attorney General |
| 4 | | ANNA T. FERRARI<br>Deputy Attorney General |
| 5 | | |
| 6 | | /s/ Sharon L. O'Grady |
| 7 | | SHARON L. O'GRADY<br>Deputy Attorney General |
| 8 | | *Attorneys for Plaintiffs State of California<br>and California High-Speed Rail Authority* |
| 9 | | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| 10 | | |
| 11 | | BRAD P. ROSENBERG<br>Assistant Director<br>Federal Programs Branch |
| 12 | | |
| 13 | |  /s/ M. Andrew Zee |
| 14 | | M. ANDREW ZEE (SBN 272510)<br>ATTORNEY |
| 15 | | United States Department of Justice<br>Civil Division, Federal Programs Branch |
| 16 | | 450 Golden Gate Avenue, Room 7-5395<br>San Francisco, CA 94102 |
| 17 | | Telephone: (415) 436-6646<br>Fax: (415) 436-6632 |
| 18 | | Email: m.andrew.zee@usdoj.gov<br>*Attorneys for Defendants* |

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose ID and password are being used in the electronic filing of this document.  I further attest that I have obtained the concurrence in the filing of this document from the other signatory.

/s/ M. Andrew Zee
M. ANDREW ZEE

**[PROPOSED] ORDER**

Having considered the parties' Stipulation to Stay Proceedings Pending Settlement Discussions, and for good cause shown,

IT IS ORDERED that all proceedings in this case are STAYED pending the parties' ongoing settlement discussions.

IT IS FURTHER ORDERED that no later than 90 days after the date of this Order, the parties shall file a joint status report summarizing the status of their settlement discussions.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March ___, 2021.

                                      JAMES DONATO
                                      United States District Judge